THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON RODRIGUEZ, Appellant. [673 NYS2d 940] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered July 25, 1996, convicting him of two counts of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that since he never waived his *Antommarchi* rights (*People v Antommarchi*, 80 NY2d 247) at his retrial, he was denied his right to be present at the sidebar with a prospective juror concerning her ability to be fair. A defendant must provide an adequate record for determining whether he or she was wrongfully excluded from a material stage of the trial (*see, People v Maher*, 89 NY2d 318; *see also, People v Kinchen*, 60 NY2d 772, 773-774). Here, since the record fails to disclose whether or not the defendant was present during the subject sidebar conference, meaningful appellate review of this issue is precluded (*see, People v Vanegas*, 237 AD2d 469; *People v McCargo*, 219 AD2d 683, *lv denied* 87 NY2d 904, *cert denied* 518 US 1008).

The defendant's remaining issues are unpreserved for appellate review and, in any event, are without merit (*see,* CPL

470.05 [2]; *People v Lyons,* 81 NY2d 753; *People v Basora,* 75 NY2d 992). Miller, J. P., Thompson, Joy and Florio, JJ., concur.